# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Ledford, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:17-cv-01990-RDP |
| | ) |
| Midland Credit Management, Inc., and | ) |
| Midland Funding, LLC | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Defendants Midland Credit Management, Inc. and Midland Funding, LLC (collectively, "Midland"), by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement as to all claims of Plaintiff Elizabeth Ledford against Midland.

Accordingly, Midland requests that the Court give the parties 60 days to finalize settlement documentation and file the appropriate dismissal papers.

Respectfully submitted this 22nd day of December, 2017.

/s/ Jason B. Tompkins
Jason B. Tompkins
jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL  35203
Tel:  (205) 226-8743
Fax: (205) 488-5721

1

*Counsel for Defendants Midland Credit Management, Inc. and Midland Funding, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, I electronically filed a copy of the foregoing via CM/ECF, which will provide service on the following counsel of record:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
Email: davephilipps@aol.com

Mary Elizabeth Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
Email: mephilipps@aol.com

Bradford W. Botes
Bond, Botes, Reese & Shinn, P.C.
600 University Park Place
Birmingham, AL 35209
Email: bbotes@bondnbotes.com

                                          /s/ Jason B. Tompkins
                                          Attorney for Defendants