# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELIZABETH LEDFORD,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-01990-RDP |
| **MIDLAND CREDIT MANAGEMENT, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 12), filed January 18, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this January 18, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE